UST-32, 3-03

Lothar Goernitz
P. O. Box 32961
Phoenix, AZ  85064
(602) 263-5413

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF AZ

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| OCHOA, GABRIEL | ) | CASE NO. 10-27436-PHX-EPB |
| OCHOA, YOLANDA | ) | |
| | ) | **AMENDED** |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

Lothar Goernitz, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1001 | 10/23/14 | Gabriel Ochoa<br>Yolanda Ochoa<br>380 N. Delaware St.<br>Chandler, AZ  85225-5575 | $7,427.84 |

Date: <u>January 28, 2015</u>        /s/ Lothar Goernitz
                                     Lothar Goernitz, Trustee