SO ORDERED.

Dated: February 2, 2015



Eddward P. Ballinger Jr., Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF AZ

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| OCHOA, GABRIEL | ) | CASE NO. 10-27436-PHX-EPB |
| OCHOA, YOLANDA | ) | |
| | ) | |
| | ) | ORDER FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO THE |
| Debtor(s) | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $7,427.84 to the Clerk of the

Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

**DATED AND SIGNED ABOVE**